JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MICHAEL IRVING,

    Petitioner,

v.

SWARTHOUT,

    Respondent(s).

No. CV 10-8012-JFW (AGR)

**JUDGMENT**

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: November 24, 2010

_____
JOHN F. WALTER
United States District Judge